UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYM BARRON, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. C17-1801 RSM <br><br> ORDER RE: STIPULATED DISMISSAL AND SUBSTITUTION OF PROPER DEFENDANT |

This matter comes before the Court *sua sponte* to address the parties' December 20, 2017, Stipulation of Dismissal of Marriott International, Inc. and Substitution of Proper Defendant. Dkt. #6. The parties stipulate, under Rule 41(a)(1)(A)(ii), to the dismissal of Defendant Marriott International, Inc. Dkt. #6 at 1. Under this rule, no action by the Court is required for this dismissal to take effect. The Court finds that this Defendant is dismissed without prejudice. The parties also stipulate to the substitution and addition of Courtyard Management Corporation as defendant, citing Rule 21. Under this rule, the Court may, "[o]n Motion or on its own… add or drop a party." Fed. R. Civ. P. 21. Because the parties have not technically moved for this relief, but have established good cause, the Court will grant this relief *sua sponte*. Finally, the parties stipulate that "Courtyard Management Corporation

ORDER RE: STIPULATED DISMISSAL AND SUBSTITUTION OF PROPER DEFENDANT - 1

waives any requirement that it be served with a Summons and Complaint… [and] that it shall be deemed as having been properly served with the Complaint in this action." Dkt. #6 at 2. Courtyard Management Corporation has not made an appearance in this action, nor have existing defense counsel indicated dual representation of Marriott International, Inc. and Courtyard Management Corporation. Because the parties cannot speak on behalf of Courtyard Management Corporation, the Court finds that the service requirement has not been waived. Nothing in this Order modifies the service and pleading requirements and deadlines as set forth in the Federal Rules of Civil Procedure and this Court's Local Rules.

Having reviewed the relevant briefing, and the remainder of the record, the Court hereby finds and ORDERS:

1) All claims against Defendant Marriott International, Inc. are DISMISSED without prejudice.

2) Courtyard Management Corporation is added as a Defendant in this action and substituted in place of Defendant Marriott International, Inc.

DATED this 20th day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE