UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYM BARRON,

          Plaintiff,

    v.

COURTYARD MANAGEMENT
CORPORATION, and DOES 1 through 50,
inclusive,

          Defendant.

Case No. 2:17-cv-01801-RSM

ORDER GRANTING JOINT MOTION
TO EXTEND INITIAL DISCLOSURE
RELATED DEADLINES

Pursuant to the joint motion of the parties and after finding good cause, the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (ECF No. 5) are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 1/26/2018 |
| Initial Disclosures Pursuant to FRCP26(a)(1) | 2/2/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 2/9/2018 |

IT IS SO ORDERED.

DATED: January 22, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO EXTEND INITIAL
DISCLOSURE RELATED DEADLINES

1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300