# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYM BARRON, <br><br> Plaintiff, <br><br> v. <br><br> COURTYARD MANAGEMENT CORPORATION, and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No. 2:17-cv-01801-RSM <br><br> ORDER GRANTING SECOND JOINT MOTION TO EXTEND INITIAL DISCLOSURE RELATED DEADLINES |

Pursuant to the joint motion of the parties and after finding good cause, the deadlines set forth in the Court's Order Granting Joint Motion to Extend Initial Disclosure Related Deadline (ECF No. 11) for initial disclosures and the Joint Status Report and Discovery Plan are extended as follows:

| | |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 2/9/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 2/16/2018 |

IT IS SO ORDERED.

DATED: February 5, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND JOINT MOTION TO EXTEND
INITIAL DISCLOSURE RELATED DEADLINES

1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300