UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYM BARRON,<br><br>                Plaintiff,<br><br>   v.<br><br>COURTYARD MANAGEMENT CORPORATION,<br><br>                Defendant. | CASE NO. C17-1801 RSM<br><br>ORDER DENYING STIPULATED MOTION FOR EXTENSION OF DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion to extend the discovery and dispositive motions deadlines in this matter. Dkt. #18. The discovery motions deadline passed on May 18, 2018, the discovery cutoff was June 18, 2018, and the current dispositive motions deadline is July 17, 2018. Dkt. #15. Trial is scheduled for October 15, 2018. *Id.* The parties now ask to "reset" the discovery motion deadline to August 31, 2018, the discovery cut off to August 31, 2018, and the dispositive motion deadline to September 14, 2018. Dkt. #18. The parties ask that the trial date remain the same.

Although there may be good cause for resetting these deadlines, the Court will deny the Motion as proposed. The newly-sought dispositive motions deadline does not provide the

ORDER DENYING STIPULATED MOTION FOR EXTENSION OF DEADLINES - 1

Court with enough time to address dispositive motions prior to the trial date. Furthermore, the Court's existing schedule separates the close of discovery and the dispositive motion deadline by 30 days in order to permit discovery issues to be resolved before the filing of dispositive motions; the parties' proposed dates do not allow for this.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion (Dkt. #18) is DENIED. The current deadlines remain in place. Nothing in this Order precludes the parties from seeking the above relief in addition to an extension of the trial date.

DATED this 12th day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE