The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYM BARRON,<br><br>        Plaintiff,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION,<br><br>        Defendant. | Case No. 2:17-cv-01801-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND DEADLINES FOR DISCOVERY, DISCOVERY MOTIONS, DISPOSITIVE MOTIONS, AND PRE-TRIAL SUBMISSIONS** |

Pursuant to the stipulation of the parties and after finding good cause, the date for trial and the deadlines for discovery motions, the completion of discovery, dispositive motions, and pre-trial submissions shall be continued as follows:

| | |
|---|---|
| **BENCH TRIAL DATE** | **February 11, 2019** |
| Length of Trial | 4 days |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | August 31, 2018 |
| Discovery completed by: | October 1, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | November 6, 2018 |

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL AND DEADLINES - 1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

| | |
|---|---|
| All motions *in limine* must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | January 14, 2019 |
| Agreed pretrial order due | January 30, 2019 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | February 6, 2019 |

IT IS SO ORDERED.

DATED this 17 day of July, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL AND DEADLINES - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300