UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYM BARRON,

    Plaintiff,

v.

COURTYARD MANAGEMENT CORPORATION, and DOES 1 through 50, inclusive,

    Defendants.

Case No. C17-1801 RSM

ORDER GRANTING MOTION TO WITHDRAW

This matter comes before the Court on Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff, Kym Barron. Dkt. #20. Plaintiff's counsel, Kevin P. Smith of the law offices of Defiance Law PLLC, asserts that he must withdraw because of "irreconcilable differences and a breakdown in communication" after Plaintiff's decision to reject a previously negotiated settlement. *Id.* Plaintiff's counsel indicates that he informed Plaintiff of the motions and her obligations to this Court. Dkts. #20 and #21. No papers have been filed in response to the Motion to Withdraw.

Pursuant to Local Civil Rule 83.2, "[n]o attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court. . . . Leave shall be obtained by filing a motion or a stipulation and proposed order for withdrawal." LCR 83.2(b)(1). LCR 83.2 also provides that attorneys "will ordinarily be permitted to withdraw until sixty days before the discovery cut off date in a civil case." *Id.* The discovery deadline in this matter is October 1, 2018. Dkt. #25.

ORDER – 1

Having reviewed the record in these proceedings and Plaintiff's Counsel's Motion to Withdraw, the Court hereby finds and ORDERS

1. Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff, Kym Barron (Dkt. #20) is GRANTED. Kevin P. Smith and Defiance Law PLLC are allowed to withdraw from this matter and no longer represent Plaintiff as of the date this Order is entered.

2. Ms. Barron will proceed in this matter *pro se* unless or until new counsel makes an appearance on her behalf. Ms. Barron should be aware of the pending deadlines set by the Court (Dkt. #25), and is encouraged to familiarize herself with the Federal Rules of Civil Procedure and this Court's Local Rules. The Court's Local Rules can be found online at www.wawd.uscourts.gov under the heading "Local Rules & General Orders," found on the left side of the Court's homepage.

3. The Clerk shall send a copy of this Order to all counsel of record, to Mr. Smith, and to Ms. Barron, via U.S. Mail. Ms. Barron's contact information is:

Ms. Kym Barron
181 Kentwood Springs Drive
Hampton, GA 30228
Phone: (610) 390-6326
Email: abnw_0911@yahoo.com

4. Unless and until new counsel makes an appearance on Ms. Barron's behalf or Ms. Barron informs the Court otherwise, all future filings in this case shall be served on her at the above address.

Dated this 31st day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2