UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYM BARRON,<br><br>    Plaintiff,<br><br>    v.<br><br>COURTYARD MANAGEMENT CORPORATION,<br><br>    Defendant. | Case No. C17-1801 RSM<br><br>**ORDER GRANTING MOTION TO CONTINUE THE DEADLINES FOR DISCOVERY MOTIONS AND THE COMPLETION OF DISCOVERY** |

Before the Court is Defendant's Motion to Continue the Deadlines for Discovery Motions and the Completion of Discovery. The Court has considered the written materials submitted, and finding good cause therefor, enters the following order:

It is ORDERED that the deadlines for discovery motions and the completion of discovery shall be continued as follows, and all other current deadlines shall remain unchanged:

| | |
|---|---|
| Deadline for filing motions related to discovery.<br>    Any such motions shall be noted<br>    for consideration pursuant to LCR 7(d)(3) | September 28, 2018 |
| Discovery completed by: | October 31, 2018 |

//

//

//

ORDER GRANTING MOTION TO CONTINUE THE
DISCOVERY - 1

| | |
|---|---|
| 1 | IT IS SO ORDERED this 14th day of September 2018. |
| 2 | |
| 3 | _____ |
| 4 | RICARDO S. MARTINEZ<br>CHIEF UNITED STATES DISTRICT JUDGE |

Presented by:

*s/ John Bradley Bigos*_____
Renea I. Saade, WSBA #30044
 rsaade@littler.com
John Bradley Bigos, WSBA #52297
 jbigos@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax: 206.447.6965

Attorneys for Defendant
COURTYARD MANAGEMENT CORPORATION

ORDER GRANTING MOTION TO CONTINUE THE DISCOVERY - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300